ISAAC P. VAN ALEN agt. JOHN H. REYNOLDS.

A declaration entitled of a term, *subsequent* to the term at which the capias is
made returnable, will be set aside as irregular.  (12 *Wend.* 293.)

*June Term*, 1846.
MOTION by defendant to set aside declaration, for irregu-
larity.

This suit was commenced by *capias ad respondendum*, tested
on the 3d Monday of October, 1845, and returnable on the
first Monday of January, 1846.  On the 20th May, 1846, a
declaration was filed, and copy served on defendant's attor-
ney, both of which were entitled, " of the term of May, 1846."
Defendant's counsel cited 3 *T. R.* 626 ; 12 *Wend.* 293 ; *Arch.
Pr.* 337 ; 1 *Burrill Pr. new ed.*, 120.

        J. H. REYNOLDS, *defendant's counsel.*
        WM. H. TOBEY, *defendant's attorney.*
        C. P. SCHERMERHORN, *plaintiff's counsel and attorney.*

JEWETT, Justice.  Granted the motion with costs, on the
authority of the 12 *Wendell,* 293, with leave to plaintiff to
amend.